Robert E. Sabido, OSB No. 964168
rsabido@cosgravelaw.com
Julie A. Smith, OSB No. 983450
jsmith@cosgravelaw.com
Daniel C. Peterson, OSB No. 064664
dpeterson@cosgravelaw.com
Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

Attorneys for Defendant Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MATTHEW SPONER,<br><br>                   Plaintiff,<br><br>          v.<br><br>EQUIFAX INFORMATION SERVICES, LLC and WELLS FARGO BANK N.A.,<br><br>                   Defendants. | Case No. 3:17-cv-2035-HZ<br><br>**Defendant Wells Fargo Bank, N.A.'s REVISED PROPOSED VERDICT FORM** |

Page 1 -   **Defendant's Final Proposed Verdict Form**

Defendant Wells Fargo Bank, N.A. offers the attached final proposed verdict form.

DATED: August 29, 2019

                                                            COSGRAVE VERGEER KESTER LLP

                                                            *s/ Julie A. Smith*
                                                            Robert E. Sabido, OSB No. 964168
                                                            rsabido@cosgravelaw.com
                                                            Julie A. Smith, OSB No. 983450
                                                            jsmith@cosgravelaw.com
                                                            Daniel C. Peterson, OSB No. 064664
                                                            dpeterson@cosgravelaw.com
                                                            Timothy J. Fransen, OSB No. 073938
                                                            tfransen@cosgravelaw.com
                                                            Telephone: (503) 323-9000
                                                            Fax: (503) 323-9019

                                                            Attorneys for Defendant Wells Fargo Bank, N.A.

Page 2 -    **Defendant's Final Proposed Verdict Form**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **DEFENDANT WELLS FARGO BANK, N.A.'S REVISED PROPOSED VERDICT FORM** to be served on the date indicated below by:

☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☒ electronic filing notification.

I further certify that said copy was delivered as indicated above and addressed to said attorneys at the addresses listed below:

Michael Fuller
Olsen Daines PC
111 SW Fifth Avenue, Suite 3150
Portland, OR 97204

Robert S. Sola
Robert S. Sola, P.C.
1500 SW First Avenue, Suite 800
Portland, OR 97201

Kelly D. Jones
Attorney at Law
819 SE Morrison Street, Suite 255
Portland, OR 97214

Jeffrey B. Sand
Admitted *Pro Hac Vice*
Weiner & Sand LLC
800 Battery Avenue SE, Suite 100
Atlanta, GA 30339
    Attorneys for Plaintiff


DATED:  August 29, 2019


                                        *s/ Julie A. Smith*
                                        Julie A. Smith

Page 1 – **Certificate of Service**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MATTHEW SPONER,<br><br>        Plaintiff,<br>   v.<br><br>WELLS FARGO BANK N.A.,<br><br>        Defendants. | Case No. 3:17-cv-2035-HZ<br><br>**Verdict** |

      We, the jury, unanimously find as follows:

1. Did Wells Fargo (defendant) *negligently* violate the Fair Credit Reporting Act (FCRA) in the way it investigated one or more of the consumer reporting agency notices it received?

        **Answer:**      _____ (*yes or no*)

    *If you answered yes to question 1, then proceed to question 2. If you answered no, you should skip the remaining questions and sign and ate the form.*

2. Did defendant *willfully* violate the FCRA in the way it investigated one or more of the consumer reporting agency notices it received?

        **Answer:**      _____ (*yes or no*)

3. Did the FCRA violation(s) cause plaintiff harm?

        **Answer:**      _____ (*yes or no*)

    *If you answered no to question 3, you should skip the remaining questions and sign and date the form. If you answered yes, then proceed to question 4.*

4. What emotional distress damages, if any, did plaintiff sustain as a result of the FCRA violation(s)?

        **Answer:  $ _____**

5. Should punitive damages be awarded to plaintiff for defendant's willful violation(s) of the FCRA?

        **Answer:**  _____ *(yes or no)*

*Do not answer question 5 unless you answered yes to question 2.  If you answered yes to question 5, then answer question 6.  If you answered no to question 5, then skip question 6 and sign and date this form.*

6. What amount of punitive damages, if any, do you award to plaintiff for the willful violation(s) of the FCRA?

        **Answer:  $ _____**

*Do not answer question 6 unless you answered yes to question 7.*

    The presiding juror should sign and date the verdict form and then signal the bailiff that you have a verdict.

DATED:  August \_\_\_, 2019

                                        _____

Case 3:17-cv-02035-HZ    Document 111    Filed 08/29/19    Page 6 of 6