Robert E. Sabido, OSB No. 964168
rsabido@cosgravelaw.com
Julie A. Smith, OSB No. 983450
jsmith@cosgravelaw.com
Daniel C. Peterson, OSB No. 064664
dpeterson@cosgravelaw.com
Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

        Attorneys for Defendant Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MATTHEW SPONER,<br><br>            Plaintiff,<br>      v.<br><br>EQUIFAX INFORMATION SERVICES LLC and WELLS FARGO BANK N.A.,<br><br>            Defendants. | Case No. 3:17-cv-2035-HZ<br><br>**Defendant Wells Fargo Bank, N.A.'s EIGHTH PROPOSED SPECIAL INSTRUCTION** |

During arguments on jury instructions, the court invited Defendant Wells Fargo Bank, N.A. to propose an alternative to Defendant's Sixth Requested Special Jury Instruction that addresses the date on which damages first could have started running. Defendant therefore offers the following instruction.

Page 1 – **Defendant's Eighth Proposed Special Instruction**

DEFENDANT'S EIGHTH REQUESTED SPECIAL JURY INSTRUCTION

Damages Limited to Post-Violation

If you find that plaintiff is entitled to recover damages, you may award only damages he sustained after the date on which you determine that defendant first violated the FCRA.

Page 2 – **Defendant's Eighth Proposed Special Instruction**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

DATED: August 29, 2019

                                  COSGRAVE VERGEER KESTER LLP

*s/ Julie A. Smith*
Robert E. Sabido, OSB No. 964168
rsabido@cosgravelaw.com
Julie A. Smith, OSB No. 983450
jsmith@cosgravelaw.com
Daniel C. Peterson, OSB No. 064664
dpeterson@cosgravelaw.com
Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
Telephone: (503) 323-9000
Fax: (503) 323-9019

Attorneys for Defendant Wells Fargo Bank, N.A.

Page 3 – **Defendant's Eighth Proposed Special Instruction**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **DEFENDANT WELLS FARGO BANK, N.A.'S EIGHTH PROPOSED SPECIAL INSTRUCTION** to be served on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

I further certify that said copy was delivered as indicated above and addressed to said attorneys at the addresses listed below:

Michael Fuller
Olsen Daines PC
111 SW Fifth Avenue, Suite 3150
Portland, OR 97204

Robert S. Sola
Robert S. Sola, P.C.
1500 SW First Avenue, Suite 800
Portland, OR 97201

Kelly D. Jones
Attorney at Law
819 SE Morrison Street, Suite 255
Portland, OR 97214

Jeffrey B. Sand
Admitted *Pro Hac Vice*
Weiner & Sand LLC
800 Battery Avenue SE, Suite 100
Atlanta, GA 30339
   Attorneys for Plaintiff

  DATED:  August 29, 2019

                *s/ Julie A. Smith*
                Julie A. Smith

Page 1 – **Certificate of Service**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019