UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MATTHEW SPONER,<br><br>       Plaintiff,<br>v.<br><br>WELLS FARGO BANK N.A.,<br><br>       Defendant. | Case No. 3:17-cv-2035-HZ<br><br>**Verdict** |

We, the jury, being duly impaneled and sworn to try the above-entitled case, do unanimously find as follows:

1. Did defendant negligently violate the Fair Credit Reporting Act?

    **Answer:** _____Yes_____ (yes or no)

2. Did defendant willfully violate the Fair Credit Reporting Act?

    **Answer:** _____Yes_____ (yes or no)

    *If your answers to both question 1 and question 2 are NO, your verdict is for Wells Fargo, and the presiding juror should sign and date this form.*

3. What are plaintiff's actual damages, if any?

    **Answer:** $ _____101,000_____

4. What amount of punitive damages, if any, do you impose on defendant for its willful violation(s) of the Fair Credit Reporting Act?

   Answer:  $ __0.00__

   *Do not answer question 4 unless you answered yes to question 2.*

   The presiding juror should sign and date the verdict form and then signal the bailiff that you have a verdict.

DATED: __September 3__, 2019