Dear Your Honor —

Is it true that under the FCRA, a creditor can temporarily remove a debt from the creditors report while they investigate the fraud?

Sincerely,

███████████

I cannot answer this question. Decide the case only on the evidence received and the instructions I have given.

Marco Fernandez

COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 8/30/19

Was #560, 509, + 510 viewed ☒ in pre-trial discovery?

— Submitted by ████ ███ ██ ███

I cannot answer this question. Pre-trial discovery is not relevant to your determination.

Marco Hernandez

COURT'S
EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 9/3/19

Do we have access to William J Brady deposition?

Do we have access to William J Brady transcript ~~[scribbled out]~~ or deposition?

Do we have access to Brian Funsch deposition? and/or transcript or deposition?

COURT'S EXHIBIT NO. 3
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 9/3/19

The depositions and transcripts cannot be provided.

Marco Hernandez