IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MATTHEW SPONER,                                          No.  3:17-cv-02035-HZ

        Plaintiff,

    v.

WELLS FARGO BANK N.A.,                                   JUDGMENT

        Defendant.

HERNÁNDEZ, District Judge:

Based on the verdict of the jury, IT IS ADJUDGED as follows:

On his Fair Credit Reporting Act claims, plaintiff Matthew Sponer is entitled to judgment

in his favor and against defendant Wells Fargo Bank, N.A., in the amount of $101,000.00, plus

post-judgment interest, if any, allowed by 28 U.S.C. § 1961.

Pursuant to Fed. R. Civ. P. 54(d) and LR 54, the parties may file bills of costs and

1 – JUDGMENT

plaintiff may file a motion for award of attorney fees within 14 days of the date of entry of this

judgment.

        Dated this _26_ day of _Sept_____ 2019.

                        _____

                        MARCO A. HERNÁNDEZ
                        United States District Judge