**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MATTHEW SPONER** | Case No. 3:17-cv-2035-HZ |
| Plaintiff | **PLAINTIFF'S MOTION TO STAY THE DEADLINE TO FILE A COST BILL AND MOTION FOR ATTORNEY FEES** |
| vs | |
| **WELLS FARGO BANK N.A.** | |
| Defendant | **EXPEDITED CONSIDERATION REQUESTED** |

**LR 7-1 CERTIFICATION**

The parties made a good faith effort by telephone to resolve this motion and were unable to resolve the issue. Wells Fargo opposes the motion but does not oppose expedited consideration.

**MOTION TO STAY** – Page 1 of 3

## MOTION TO STAY

Plaintiff intends to file a motion for new trial by October 24, 2019, which, if granted, would moot the need for the parties and the Court to expend time and resources preparing, filing, and deciding the cost bill and motion for attorney fees currently due October 10, 2019.

Under this Court's inherent authority plaintiff respectfully requests an order staying the deadline to file a cost bill and motion for attorney fees until after the Court rules on the forthcoming motion for new trial.

September 27, 2019

                      **RESPECTFULLY FILED,**

                      s/ Michael Fuller
                      **Michael Fuller, OSB No. 09357**
                      Of Attorneys for Plaintiff
                      OlsenDaines
                      US Bancorp Tower
                      111 SW 5th Ave., Suite 3150
                      Portland, Oregon 97204
                      michael@underdoglawyer.com
                      Direct 503-222-2000

## CERTIFICATE OF SERVICE

I certify that on the date below, I caused this document and all attachments to be served on the parties to this action via ECF.

September 27, 2019

                                          s/ Michael Fuller
                                          **Michael Fuller, OSB No. 09357**
                                          Of Attorneys for Plaintiff
                                          OlsenDaines
                                          US Bancorp Tower
                                          111 SW 5th Ave., Suite 3150
                                          Portland, Oregon 97204
                                          michael@underdoglawyer.com
                                          Direct 503-222-2000