Robert E. Sabido, OSB No. 964168
rsabido@cosgravelaw.com
Julie A. Smith, OSB No. 983450
jsmith@cosgravelaw.com
Daniel C. Peterson, OSB No. 064664
dpeterson@cosgravelaw.com
Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone:	(503) 323-9000
Facsimile:	(503) 323-9019

　　　　Attorneys for Defendant Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MATTHEW SPONER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES LLC and WELLS FARGO BANK N.A.,<br><br>　　　　Defendants. | Case No. 3:17-cv-2035-HZ<br><br>**Defendant Wells Fargo Bank, N.A.'s RESPONSE TO PLAINTIFF'S MOTION FOR STAY** |

　　　　Plaintiff's motion to stay the deadline to file a cost bill and motion for attorney fees (ECF No. 125) should be denied. Allowing the stay would unreasonably delay post-judgment determination of costs and attorney fees. The jury reached its verdict a month ago. Plaintiff's sole argument in support of his motion to stay is that his planned motion for a new trial, *if granted*, would moot the motion for attorney fees. But that argument speculates about the outcome of plaintiff's planned motion for new trial (if he files one). And any decision on a

Page 1 – **Defendant's Response to Plaintiff's Motion for Stay**

motion for a new trial would likely be months away, given the briefing timelines in LR 7-1(e).  Plaintiff fails to provide any persuasive justification for such a delay.

DATED: October 2, 2019

COSGRAVE VERGEER KESTER LLP

*s/ Timothy J. Fransen*
Robert E. Sabido, OSB No. 964168
rsabido@cosgravelaw.com
Julie A. Smith, OSB No. 983450
jsmith@cosgravelaw.com
Daniel C. Peterson, OSB No. 064664
dpeterson@cosgravelaw.com
Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
Telephone: (503) 323-9000
Fax: (503) 323-9019

Attorneys for Defendant Wells Fargo Bank, N.A.

Page 2 – **Defendant's Response to Plaintiff's Motion for Stay**

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **DEFENDANT WELLS FARGO BANK, N.A.'S RESPONSE TO PLAINTIFF'S MOTION FOR STAY** to be served on the date indicated below by:

☐     mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐     hand delivery,

☐     facsimile transmission,

☐     overnight delivery,

☒     electronic filing notification.

I further certify that said copy was delivered as indicated above and addressed to said attorneys at the addresses listed below:

Michael Fuller
Olsen Daines PC
111 SW Fifth Avenue, Suite 3150
Portland, OR 97204

Robert S. Sola
Robert S. Sola, P.C.
1500 SW First Avenue, Suite 800
Portland, OR 97201

Kelly D. Jones
Attorney at Law
819 SE Morrison Street, Suite 255
Portland, OR 97214

Jeffrey B. Sand
Admitted *Pro Hac Vice*
Weiner & Sand LLC
800 Battery Avenue SE, Suite 100
Atlanta, GA 30339
        Attorneys for Plaintiff

DATED:  October 2, 2019

                                                    *s/ Timothy J. Fransen*
                                                    Timothy J. Fransen

Page 1 – **Certificate of Service**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019